UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE MAIVE GO,<br><br>Defendant. | *EX PARTE*<br><br>NO. CR-06-229-RHW<br><br>**ORDER DENYING MOTION AS MOOT** |

Before the Court are Defendant's Ex Parte Application for Order (Ct. Rec. 105) and Notice of Withdrawal of Ex Parte Application (Ct. Rec. 106). Defendant withdraws her earlier filing because it is now moot.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Ex Parte Application for Order (Ct. Rec. 105) is **DENIED as moot.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to defense counsel only.

**DATED** this 21st day of January, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

C:\Temp\notesFFF692\cont.sent2.ord.wpd

**ORDER DENYING MOTION AS MOOT** * 1